DEDHAM CONSTRUCTION CO., INC. *vs.* LAKEWOOD COMMUNICATIONS, INC. June 16, 1975. This purported appeal under G. L. c. 231, § 96 (as in effect prior to the effective date of St. 1973, c. 1114, § 193), must be dismissed for the reason stated in the cases cited in *Development Corp. of America* v. *Rawson,* 1 Mass. App. Ct. 800 (1973).

*Appeal dismissed.*

*John R. Lamont* for the plaintiff.